**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **PETER J. MESSITTE** | **6500 CHERRYWOOD LANE** |
| **UNITED STATES DISTRICT JUDGE** | **GREENBELT, MARYLAND 20770** |
| | **301-344-0632** |

## MEMORANDUM

TO:     AUSA Francesca Liquori, AUSA Lindsay Kaplan, AUSA William Moomau
FROM:   Judge Peter J. Messitte
RE:     United States v. Jose Javier Salgado-Machado, Crim. No. PJM 15-0258-5
DATE:   February 21, 2017

Trial is scheduled to begin in this case on May 2, 2017. The Court notes that no attorney has entered an appearance on behalf of Defendant Jose Javier Salgado-Machado. Please advise the Court on the status of counsel as to that Defendant no later than Friday, February 24, 2017.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

cc:   AFPD John Chamble